PREVIEWS INCORPORATED, Respondent, v. LILLIAN M. SORESI, Appellant.— Order denying defendant's motion for judgment on the pleadings and dismissing the amended complaint unanimously affirmed, with twenty dollars costs and disbursements. No opinion. Present — Martin, P. J., McAvoy, O'Malley, Untermyer and Cohn, JJ.

LEON BRISKMAN and Another, Appellants, v. GLENS FALLS INDEMNITY COMPANY OF GLENS FALLS, NEW YORK, Respondent. LOTTIE DORFMAN and Another, Appellants, v. GLENS FALLS INDEMNITY COMPANY OF GLENS FALLS, NEW YORK, Respondent.— Consolidated actions brought by plaintiffs under section 109 of the Insurance Law to recover against the defendant the amount of an unsatisfied judgment obtained by plaintiffs against defendant's assured. The appeal is from an order granting defendant's motion to set aside verdicts of the jury in favor of plaintiffs and granting a new trial. Order unanimously affirmed, with costs and disbursements. No opinion. Present — Martin, P. J., McAvoy, O'Malley, Untermyer and Cohn, JJ.

BENJAMIN JEBALTOSKY, Appellant, v. SAUL BIRNS and Another, Respondents.— Action for alleged breach of contract. Appeal by permission of this court from a determination of the Appellate Term of the Supreme Court, which reversed a judgment, in favor of the plaintiff, of the Municipal Court, Borough of Manhattan, Fifth District, and dismissed the complaint on the merits. Determination unanimously affirmed, with costs and disbursements. No opinion. Present — Martin, P. J., McAvoy, O'Malley, Untermyer and Cohn, JJ.

THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v. CASPER HOLSTEIN, Appellant.— Judgment convicting defendant of violation of sections 970, 973 and 974 of the Penal Law (common gambler, and keeping a room for gambling; keeping place for policy; aiding in policy) unanimously affirmed. No opinion. Present — Martin, P. J., McAvoy, O'Malley, Untermyer and Cohn, JJ.

MIDWESTERN DAIRIES, INC., Respondent, v. STELLA L. AUSTIN and Others, Appellants.— Reforeclosure action for the purpose of curing a defect in a previous foreclosure action. Order granting plaintiff's motion for judgment on the pleadings, and the judgment entered thereon, unanimously affirmed, with costs. No opinion. Present — Martin, P. J., McAvoy, O'Malley and Untermyer, JJ.

EMANUEL WEINSTEIN and FRED COHEN v. CHARLES BOAS.— Motion for reargument denied. Present — Martin, P. J., Glennon, Untermyer, Dore and Cohn, JJ.

LOUIS H. PINK, Superintendent of Insurance of the State of New York, as Liquidator of the CONCORD CASUALTY AND SURETY COMPANY, Respondent, v. ROBERT E. CONNOLLY and Others, Defendants, Impleaded with HERBERT J. YATES, Appellant.— Order denying motion of defendant-appellant for a bill of particulars unanimously affirmed, with twenty dollars costs and disbursements, without prejudice to another application for a bill of particulars upon proper papers to be made by plaintiff at Special Term within ten days after service of a copy of order with notice of entry thereof. No opinion. Present — Martin, P. J., McAvoy, O'Malley, Glennon and Cohn, JJ.